**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBOARD COMMERCIAL BROKERAGE INC., <br><br> Plaintiff, <br><br> v. <br><br> COLLIERS INTERNATIONAL GROUP, INC., individually and as successor in interest to Case Commercial Partners, LLC, and DOES 1 through 10, inclusive, <br><br> Defendant. | No. C 16-06421 WHA <br><br> **NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion to dismiss.

Dated: January 18, 2017.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE