IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STARBOARD COMMERCIAL BROKERAGE, INC.,

    Plaintiff,

v.

COLLIER'S INTERNATIONAL GROUP INC., individually and as successor-in-interest to Case Commercial Partners LLC, and DOES 1 through 10, inclusive,

    Defendants.

No. C 16-06421 WHA

**ORDER DENYING REQUEST TO EXTEND DEADLINES RELATING TO JURISDICTIONAL DISCOVERY**

The parties jointly request a one extension of the deadlines relating to jurisdictional discovery, citing "settlement discussions" and defendant's "calendar conflict which cannot be resolved" (Dkt. No. 30). Neither purported reason for the extension is supported by a sworn declaration, and, in any case, neither justifies an extension of one month. No good cause shown, the request is **DENIED**. This is without prejudice to a more modest request supported by sworn evidence.

**IT IS SO ORDERED.**

Dated: March 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE