COOPER, WHITE & COOPER LLP
JILL B. ROWE (SBN 197713)
  jrowe@cwclaw.com
SCOTT M. McLEOD (SBN 242035)
  smcleod@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

GREG C. NOSCHESE
gnoschese@munsch.com
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: 214.855.7589
Facsimile: 214.855.7584

Attorneys for Defendant Colliers International Group, Inc., individually and as successor-in-interest to Case Commercial Partners LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STARBOARD COMMERCIAL BROKERAGE, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>COLLIER'S INTERNATIONAL GROUP, INC., individually and as successor in interest to CASE COMMERCIAL PARTNERS, LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 3:16-cv-06421WHA<br><br>**ORDER GRANTING PARTIES' AMENDED JOINT LOCAL RULE 6-2 STIPULATION REQUEST FOR ORDER CHANGING TIME WITH RESPECT TO THE COURT'S ORDER RE JURISDICTIONAL DISCOVERY (DKT. 29)**<br><br>Judge:   William Alsup<br>Date:<br>Time:<br>Crtrm.:<br><br>Trial Date: None Set |

On this day came to be considered the Parties Amended Joint Local Rule 6-2 Stipulation Request For Order Changing Time With Respect To The Court's Order Re Jurisdictional Discovery (Dkt. 29) (the "Stipulation"). After considering the Stipulation, the Court is of the

opinion that it is well taken and should be GRANTED. It is further,

ORDERED that all jurisdictional discovery shall be completed by APRIL 6, 2017. Starboard shall supplement the record by APRIL 13, 2017, including a brief up to FIFTEEN PAGES (not counting the evidence supplement), and Collier's International may likewise respond by APRIL 27, 2017.  A further hearing is hereby scheduled for May  4 , 2017 AT 8:00 A.M.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 16 , 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

MUNSCH HARDT KOPF
& HARR, PC
500 N. AKARD ST., SUITE 3800
DALLAS, TX 75201

1104272.1                                    2                              3:16-cv-06421WHA
ORDER