COOPER, WHITE & COOPER LLP
JILL B. ROWE (SBN 197713)
  jrowe@cwclaw.com
SCOTT M. McLEOD (SBN 242035)
  smcleod@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:     (415) 433-5530

GREG C. NOSCHESE
gnoschese@munsch.com
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: 214.855.7589
Facsimile: 214.855.7584

Attorneys for Defendant Colliers International Group, Inc., individually and as successor-in-interest to Case Commercial Partners LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STARBOARD COMMERCIAL BROKERAGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COLLIER'S INTERNATIONAL GROUP, INC., individually and as successor in interest to CASE COMMERCIAL PARTNERS, LLC, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:16-cv-06421WHA <br>    CORRECTED <br> **ORDER GRANTING PARTIES' AMENDED JOINT LOCAL RULE 6-2 STIPULATION REQUEST FOR ORDER CHANGING TIME WITH RESPECT TO THE COURT'S ORDER RE JURISDICTIONAL DISCOVERY (DKT. 29)** <br><br> Judge:   William Alsup <br> Date: <br> Time: <br> Crtrm.: <br><br> Trial Date: None Set |

On this day came to be considered the Parties Amended Joint Local Rule 6-2 Stipulation Request For Order Changing Time With Respect To The Court's Order Re Jurisdictional Discovery (Dkt. 29) (the "Stipulation"). After considering the Stipulation, the Court is of the

1  opinion that it is well taken and should be GRANTED. It is further,

2      ORDERED that all jurisdictional discovery shall be completed by APRIL 6, 2017.

3  Starboard shall supplement the record by APRIL 13, 2017, including a brief up to FIFTEEN

4  PAGES (not counting the evidence supplement), and Collier's International may likewise respond

5  by APRIL 27, 2017.  A further hearing is hereby scheduled for May 18, 2017 AT 8:00 A.M.

6      PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8

9  Dated: March 16, 2017.

10

11                        _____
                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE