IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STARBOARD COMMERCIAL BROKERAGE INC.,

    Plaintiff,

v.

COLLIERS INTERNATIONAL GROUP, INC., individually and as successor in interest to CASE COMMERCIAL PARTNERS, LLC, and DOES 1 through 10, inclusive,

    Defendants.

No. C 16-06421 WHA

**ORDER TO SHOW CAUSE**

In a prior order regarding defendants' motion to dismiss, the Court allowed plaintiff's counsel to conduct jurisdictional discovery (Dkt. No. 29). The parties later stipulated to a schedule for supplementing the record following jurisdictional discovery (Dkt. No. 34). Plaintiff's brief was due April 13, 2107, and defendants' response was due April 27, 2017. Now, two weeks after the deadline, plaintiff still has not supplemented the record. By **MONDAY MAY 1, 2017, AT NOON**, plaintiff shall **SHOW CAUSE** in writing why this case should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 27, 2017.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE