COOPER, WHITE & COOPER LLP
JILL B. ROWE (SBN 197713)
jrowe@cwclaw.com
SCOTT M. McLEOD (SBN 242035)
smcleod@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:     (415) 433-1900
Facsimile:     (415) 433-5530

GREG C. NOSCHESE (admitted *pro hac vice*)
gnoschese@munsch.com
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas,  Texas  75201-6659
Telephone:  214.855.7589
Facsimile: 214.855.7584

Attorneys for Defendant Colliers International
Group, Inc., individually and as successor-in-
interest to Case Commercial Partners LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STARBOARD COMMERCIAL BROKERAGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COLLIER'S INTERNATIONAL GROUP, INC., individually and as successor in interest to CASE COMMERCIAL PARTNERS, LLC, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 3:16-cv-06421 <br> ORDER RE **PARTIES' JOINT STIPULATION FOR DISMISSAL** <br><br> Judge:    Hon. William Alsup <br> Date: <br> Time: <br> Dept: <br> Trial Date:  None Set |

Pursuant to Local Rule 7-12, the Plaintiff Starboard Commercial Brokerage, Inc. ("Plaintiff") and the Defendant Collier's International Group, Inc. ("Defendant") (collectively, the "Parties") respectfully request that the Court dismiss all of the Plaintiff's claims and causes of action pursuant to this Stipulation for Dismissal.  In support of this stipulation, the parties state as follows:

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

## I.   STIPULATION

The parties have resolved this matter and no longer wish to proceed with this litigation. Rather, the parties seek to dismiss this action with prejudice to Plaintiff's refiling of the same. As such, and subject to the Court's approval, the Parties have agreed that all of Plaintiff's claims and causes of action in this matter should be dismissed with prejudice with each party bearing its own costs and attorney's fees.

## II.   CONCLUSION

Pursuant to Local Rule 7-12, the Parties respectfully request this Court dismiss all of Plaintiff's claims and causes of action with prejudice.


DATED:  May 15, 2017                MUNSCH HARDT KOPF & HARR, P.C.



By:  _/s/ Greg C. Noschese_
    Greg C. Noschese
    Attorneys for Defendant Colliers International
    Group, Inc., individually and as successor-in-
    interest to Case Commercial Partners LLC
    *Appearance Pro Hac Vice*

DATED:  May 15, 2017                CARLSON, CALLADINE & PETERSON LLP



By:  _/s/ J. Michael Matthews_
    J. MICHAEL MATTHEWS
    Attorneys for Plaintiff
    STARBOARD COMMERCIAL BROKERAGE,
    INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _ May 15, 2017._                By: _____
    Honorable William Alsup

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1090630.1  ORDER RE                    2                    3:16-cv-06421
PARTIES' JOINT STIPULATION FOR DISMISSAL